# EXHIBIT A

**Click here to Respond to Selected Documents**

**Sort Date Entries:** Descending Ascending

**Display Options:** All Entries ⌄

**08/31/2023**

**Corporation Served**

Document ID - 23-SMCC-4888; Served To - CHAMBERLAIN UNIVERSITY; Server - ; Served Date - 11-AUG-23; Served Time - 08:00:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - S.L. DESIGNEE

**07/27/2023**

**Alias Summons Issued**

Document ID: 23-SMCC-4888, for CHAMBERLAIN UNIVERSITY.

**Alias Summons Requested**

**07/18/2023**

**Notice of Service**

23-SMCC-3589.

**Corporation Served**

Document ID - 23-SMCC-3589; Served To - CHAMBERLAIN UNIVERSITY; Served Date - 07/17/2023; Served Time - 07:24:00; Service Type - SD; Reason Description - SERV; Service Text -

**07/11/2023**

**Jury Trial Scheduled**

Scheduled For: 12/04/2023; 9:00 AM; ELIZABETH BYRNE HOGAN; City of St. Louis

**06/28/2023**

**Judge/Clerk - Note**

Copy of petition for Carrie Sherman

**Correspondence Filed**

A LETTER MAILED TO PLAINTIFF WITH SERVICE SUMMONS AND PETITION TO SEND TO ST LOUIS COUNTY, MO SHERIFF'S DEPARTMENT FOR SERVICE ON DEFENDANT

**Summons Issued-Circuit**

Document ID: 23-SMCC-3589, for CHAMBERLAIN UNIVERSITY.

**06/27/2023**

**Ord Allow In Forma Pauperis**

**Filed By:** TAMARA HAWKINS

**Confid Filing Info Sheet Filed**

**Filed By:** TAMARA HAWKINS

**Petition Filed - No Fees**

**Filed By:** TAMARA HAWKINS

**Judge Assigned**

Breach of Contract EA

MISSOURI CIRCUIT COURT
TWENTY-SECOND JUDICIAL COURT

IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
STATE OF MISSOURI

Tamara Hawkins,                          )
                                         )
        Plaintiff,                       )
2322 MENARD Street                       )   Case No.: 2322-CC01286
        St. Louis, MO 63104              )   Division No.:
v.                                       )
                                         )
CHAMBERLAIN
UNIVERSITY
COLLEGE OF NURSING AND HEALTH
SCIENCES, INC.,
d/b/a CHAMBERLAIN UNIVERSITY,            )
        Serve: CT Corporation System     )
        120 South Central Ave.           )
        Clayton, MO 63105                )
                                         )
                                         )
        Defendant.                       )

Breach of Contract

## PETITION

COMES NOW Plaintiff Tamara Hawkins and states:

### The Parties

1.    Plaintiff Tamara Hawkins is an individual.

2.    Defendant Chamberlain University College of Nursing and Health Science, Inc., d/b/a Chamberlain University ("Chamberlain") is an Illinois for-profit corporation that is, and has been at all times relevant hereto, registered with the Missouri Secretary of State to do business in Missouri.

### Factual Allegations Common to All Counts

3.    At all times pertinent hereto, Plaintiff was enrolled in Chamberlain University, at its St. Louis County campus, as a student in its nursing program.

4.    As part of the nursing program, in January 2018, Plaintiff took courses in Pharmacology (NR 293).

5.    She received a failing grade for this course and had to retake the class.

6.    However, she was advised to file appeals for exams and quizzes that she had missed during the semesters thereafter.

7.    The plaintiff was not happy about how she had been treated by her professors during the semesters of 2018.

8.    She was told by a fellow student to contact The State Board of Nursing to let them know what was

9.  She then contacted her advisor in student services, to inform her about the treatment that she has been receiving and the possibility of her calling The State Board of Nursing.

10. The appeals that the plaintiff had filed were always be denied by the board of appeals, despite proof of extenuating circumstances.

11. The plaintiff did contact the President of the school about these denials and the President would reverse the boards decisions.

12. Suddenly, the plaintiff would be randomly administratively dropped from her classes on a regular basis and had to be manually placed back into her classes by her student advisor.

13. The plaintiff also received random emails sent by Chamberlain informing her of her academic withdrawal from her classes and/or nursing program, but none of this should have ever occurred.

14. Out of the thousands of students that attend this University, these things were only happening to the plaintiff.

15. During the stated occurrences, the plaintiff was frequently locked out of CANVAS, where students access their classes and communicate with the college staff, due to unjust manual administrative.

16. The plaintiff had no way of notifying Chamberlain staff members due to being locked out.

17. There were emails sent to her professors that they claimed were never received, but there is email confirmation that they received them.

18. The plaintiff knew that if she missed a class and/or would be late, that she must to file an appeal to receive full credit for assignments or exams, so she would email the President beforehand to let her know that she would be filing an appeal.

19. The plaintiff knew that the appeal would denied by board of appeals, so she wanted the schools President to look into the boards decision, knowing that it would be denied.

20. Despite the plaintiff's complaints about her unfair treatment, her scores for assignments and exams continued to change, at times more than twice in one day.

21. The plaintiff continued to reach out to the schools President and her advisor explaining how and why she felt that her education was at risk.

22. There was even a time when the plaintiff's' final grade on her transcript was changed.

23. Chamberlain refused to provide the plaintiff with copies of the assignments, tests, quizzes, and exams that were administered from her previous and current classes.

24. For these reasons, Chamberlain University prevented the plaintiff from definitively determining whether she actually passed her courses.

25. On information and belief, an objective review of the plaintiff's performance on her tests and exams would reveal that she actually passed her courses and their reasoning behind the frequent grade changes would remain unanswered. Further, the plaintiff was told by her professor/s that something within the Chamberlain system had been acting differently and causing grades to be changed. The plaintiff was dropped from the nursing program on April 30, 2019, and she was no longer allowed to move forward in the defendant's nursing program.

26. The plaintiff received an email on October 7, 2019, which stated that Chamberlain University had started a re-entry program for students who had been academically dismissed from the program.

27. Once the plaintiff contacted her previous advisor at the college, she was told that she must file an appeal in order to be considered for re-entry into their nursing program.

28. The plaintiff did not file an appeal for re-entry into the program, because the same board of appeals members that never approved any of her appeals, would be the same board members that would make the decision on allowing the plaintiff re-entry into the program.

29. However, the email that was sent to the plaintiff and other students describing the necessary steps to take for re-entry into the nursing program. The instructions did not mention the need to file an appeal for re-entry.

program.

31.     The plaintiff was the only student that was told to file an appeal in order to be considered for re-entry. Chamberlain has been accused previously, on many occasions, of denying African American students appeals more frequently than other racial group within their college.

32.     As a direct and proximate result of Chamberlain's deception, fraud, false pretense, and conduct inconsistent with fundamental honesty, fair play principles and right dealings in public transactions, as well as the colleges consistent retaliatory and discriminatory efforts to remove her from the program, the plaintiff has been deprived of the value of the nursing college degree program that she enrolled in Chamberlain to pursue. The plaintiff was preyed upon, discriminated, and retaliated against, which ultimately led to the unjust dismissal from Chamberlain's nursing program on April 30, 2019.

33.     Chamberlain's conduct as described herein was intentional and in violation of § 407.020, RSMo, otherwise referred to as the Missouri Merchandising Practices Act ("MMPA"), and the regulations of the Attorney General of Missouri promulgated thereunder, and in violation of § 287.780, RSMo, and in violation of § 213.067, RSMo, otherwise known as The Education and Title VI of the Civil Rights Act of 1964, and as a direct and proximate result of Chamberlain's illegal conduct, the plaintiff has suffered the ascertainable loss of money in the approximate amount of $140,244.00.

34.     The plaintiff has incurred and will incur court fees in prosecuting this action, for which Chamberlain is liable under § 407.025, RSMo, § 287.780, RSMo, and § 213.067, RSMo.

35.     Chamberlain at all times acted intentionally, maliciously, willfully, outrageously, discriminately, and knowingly in violation of § 407.020, RSMo, § 287.780, RSMo, and § 213.067 RSMo, and is liable for lost pay, pain and suffering, and punitive damages in an amount of $10,000,000.

WHEREFORE, Plaintiff Tamara Hawkins requests that this Court enter judgment in her favor and against Defendant Chamberlain University in an amount that is fair and reasonable in excess of $25,000.00 together with costs of suit, pre and post-judgment interest, litigation expenses, and for such other and further

6/27/2023

Date

By: Tamara Hawkins    (Pro se)
2322 Menard Street
St. Louis, Missouri 63104
Telephone: (314) 203-22466

E-mail: tamarachawkins@hotmail.com

Sworn to and subscribed before me this 27TH
date of ___June_____, 20 23 .
Witness my hand and official seal.
Notary Public _____

BARBARA D. RENFROW
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis City
My Commission Expires: May 31, 2024
Commission Number: 20606492

4970

**IN THE 22nd JUDICIAL CIRCUIT COURT     CITY OF ST. LOUIS     MISSOURI**

| Judge or Division: | Case Number: 2322-CC01286 |
|---|---|
| Petitioner: TAMARA HAWKINS  vs. | Petitioner's Address/Telephone: 2322 Menard Street St. Louis MO 63104 |
| Respondent: Chamberlain University College of Health Sciences | Respondent's Address/Telephone: 12 D South Central Ave Clayton, MO 63105 |

D-6   6th Fl

2022 JUN 27 PM 3:53

(Date File Stamp)

## Motion and Affidavit in Support of Request to Proceed As a Poor Person

| Marital Status: Single | If Married, Spouse's name: | Number of dependents: 3 |
|---|---|---|

*(Include Spouse's Income and Expenses if Married)*

**Monthly Income**
Gross salary (before deductions) $ _____
Public assistance $ 279.00 (SNAP)
Retirement/Pension $ _____
Social Security $ 731.00
Child Support $ _____
Maintenance $ _____
Other income to be considered $ _____

**Total Monthly Income** $ 1,560.00

**Monthly Expenses**
☐ Mortgage ☑ Rent Payment $ 641.00
Utilities $ 627.00
Food $ 829.00
Payment on debts & credit cards $ _____
Child Support $ _____
Maintenance $ _____
Medical expenses to be considered $ _____

$ 2,097

**Total Monthly Expenses** $ _____

**Assets**
Cash on Hand $ N/A
Bank Accounts:
  Checking $ _____
  Savings $ _____
Approximate value of home
  And/or other real estate $ _____
Approximate value of automobile(s) $ _____
  (1) yr/make _____
  (2) yr/make _____
Approximate value of personal
  Possessions (list)
_____ $ _____
_____ $ _____
_____ $ _____

**Total Assets** $ 0

**Debts**
Home loan balance $ _____
Automobile loan(s) $ _____
Credit card balance(s) $ 5,000
Other debts to be considered
$ _____
$ _____
$ _____
$ _____

**Total Debts** $ 5,000

OSCA (05-13) GN10          1 of 2          Rule 77.03, Section 514.040 RSMo

I swear/affirm under penalty of perjury that these facts are true to my best knowledge and belief.

6/27/2023
_____
Date

Tamara Hawkins
_____
Your Signature

## Order to Proceed as a Poor Person

☒ The Court, having considered the Motion and Affidavit in Support of Request to Proceed as a Poor Person, finds that _____Petition_____ is without sufficient funds or assets with which to pay the advance deposit for costs in this action and, therefore, is granted leave to proceed as a poor person and the required advanced deposit for costs is waived.

☐ The Court, having considered the Motion and Affidavit in Support of Request to Proceed as a Poor Person, finds that_____ has sufficient funds or assets with which to pay the advance deposit for costs in this action, and therefore, the Motion is denied.

6/27/23
_____
Date

_____
Commissioner/Judge

OSCA (05-13) GN10                                 2 of 2                          Rule 77.03, Section 514.040 RSMo

# FILED AS A POOR PERSON

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>ELIZABETH BYRNE HOGAN | Case Number: 2322-CC01286 | |
| Plaintiff/Petitioner:<br>TAMARA HAWKINS<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>TAMARA HAWKINS<br>2322 MENARD STREET<br>SAINT LOUIS, MO 63104-4219 | |
| Defendant/Respondent:<br>CHAMBERLAIN UNIVERSITY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Breach of Contract | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: **CHAMBERLAIN UNIVERSITY**
**Alias: COLLEGE OF NURSING AND HEALTH SCIENCES INC**
**DBA CHAMBERLAIN UNIVERSITY**

**CT CORPORATION SYSTEM**
**120 SOUTH CENTRAL AVENUE**
**CLAYTON, MO 63105**

**ST LOUIS COUNTY SHERIFF**

*COURT SEAL OF*

*CITY OF ST LOUIS*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

_____**June 28, 2023**_____          _Thomas Kloeppinger_
Date                                         Circuit Clerk

Further Information:

## Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above Summons by: (check one)
☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with
_____, a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to:
_____ (name) _____ (title).
☐ other: _____

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
Date                                         Notary Public

| | | |
|---|---|---|
| **Sheriff's Fees, if applicable** | | |
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



## TWENTY-SECOND JUDICIAL CIRCUIT OF MISSOURI
## CITY OF ST. LOUIS

THOMAS KLOEPPINGER
CIRCUIT CLERK

**June 28, 2023**

**Cause Number: 2322-CC01286**

Dear: TAMARA HAWKINS

Please find enclosed herein, two (2) copies of the summons with attached Petition in regard to the above cause number.

You must forward both copies to the **SAINT LOUIS COUNTY, MO SHERIFF'S DEPARTMENT** or other process server in the county and state where you are attempting to serve the defendants.

As the summons must be served within thirty (30) days of issue date, it is very important that you do this as soon as possible or the summons will expire.

Sincerely,

THOMAS KLOEPPINGER
Circuit Clerk

By: M MCMULLEN
Deputy Clerk



**To:** St. Louis City Circuit Court File Room

**From: Carrie Sherman/Inter. Legal Pub**

**Fax: 314-613-7486**

**Pages:  1**

**Phone: 314-613-7192**

**Date: 6/28/2023**

**Subject:  Civil Case Document Copies**

**Message:**

Hello,

Please provide a copy of the Petition for the following cases. I do not need exhibits. When copies are ready for pick up, please contact me at **314-502-1599.**

Thank you,

Carrie Sherman

Case No. 2322-CC01286

Case No. 2322-CC01290

Case No. 2322-CC01283

Case No. 2322-CC01288

Case No. 2322-CC01289

Case No. 2322-CC01291

Case No. 2322-CC01284



*RETURN*
*SB*
*7-28-23*

Electronically Filed - CITY OF ST. LOUIS - July 18, 2023 - 11:05 AM

# FILED AS A POOR PERSON

### IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| **Judge or Division:**<br>ELIZABETH BYRNE HOGAN | **Case Number:  2322-CC01286** |
| **Plaintiff/Petitioner:**<br>TAMARA HAWKINS | **Plaintiff's/Petitioner's Attorney/Address**<br>TAMARA HAWKINS<br>2322 MENARD STREET<br>SAINT LOUIS, MO  63104-4219 |
| vs. | |
| **Defendant/Respondent:**<br> CHAMBERLAIN UNIVERSITY | **Court Address:**<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| **Nature of Suit:**<br>CC Breach of Contract | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** CHAMBERLAIN UNIVERSITY
**Alias:** COLLEGE OF NURSING AND HEALTH SCIENCES INC
DBA CHAMBERLAIN UNIVERSITY

CT CORPORATION SYSTEM
120 SOUTH CENTRAL AVENUE
CLAYTON, MO  63105

30 CTcorp
M

> **ST LOUIS COUNTY SHERIFF**

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**June 28, 2023**

_____   *Thomas Kloeppinger*
Date                                              Circuit Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.
☑ (for service on a corporation) delivering a copy of the summons and petition to: (name) *Intake Specialist* (title).
☐ other: _____    **LCW – B. LOVE**                    (address)

Served at *CT Corp*
in *St. Louis* (County/City of St. Louis), MO, on *7/17/23* (date) at *0724* (time).

*Steven Messinger*                          *Steven Messinger*
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
Date                                        Notary Public

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $     10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

SJRC (07-21) SM30 (SMCC) *For Court Use Only:* Document ID # 23-SMCC-3589  1 of 1 (2322-CC01286)     Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

WM 7-13-23          23-SMCC-5540

# MISSOURI CIRCUIT COURT
# TWENTY-SECOND JUDICIAL CIRCUIT
### (CITY OF ST. LOUIS)

Tamara Hawkins

vs.

Chamberlain University

CASE NO. 2322-CC01286   DIVISION 1   20____

## MEMORANDUM FOR CLERK

MOTION FOR ALIAS/PLURIES SUMMONS ORDERED TO ISSUE UPON:

Csc-Lawyers Incorporating Service Company

SERVICE ADDRESS: 221 Bolivar Street
Jefferson City, MO 65101

*************CHECK THE APPROPRIATE BOXES*************

DIRECT TO BE SERVED BY:

[X] SHERIFF OF Cole County MO

[ ] MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER:

_____ APPROVED
(NAME)

[ ] SERVICE BY PUBLICATION ORDERED.

[ ] SERVICE BY MAIL ORDERED.

[ ] SERVICE BY POSTING AND MAIL ORDERED.

RETURNABLE ON:

[ ] DATE CERTAIN _____

[ ] THIRTY DAYS SUMMONS

REQUESTED BY: Tamara Hawkins   SO ORDERED

_____
JUDGE

Form 14-J (Rev. 1/03)

# FILED AS A POOR PERSON



## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>ELIZABETH BYRNE HOGAN | Case Number:  2322-CC01286 |
| Plaintiff/Petitioner:<br>TAMARA HAWKINS.<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>TAMARA HAWKINS<br>2322 MENARD ST<br>SAINT LOUIS, MO  63104-4219 |
| Defendant/Respondent:<br>CHAMBERLAIN UNIVERSITY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 |
| Nature of Suit:<br>CC Breach of Contract | |

Special Process Server 1

Special Process Server 2

Special Process Server 3

(Date File Stamp)

## ALIAS Summons in Civil Case

The State of Missouri to:  CHAMBERLAIN UNIVERSITY
Alias:  COLLEGE OF NURSING AND HEALTH SCIENCES INC
DBA CHAMBERLAIN UNIVERSITY

CSC -LAWYERS INCORPORATING SERVICE
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

COURT SEAL OF

CIRCUIT COURT OF MISSOURI

CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____July 27, 2023_____          _Thomas Kloeppinger_
Date                                          Circuit Clerk

Further Information:

## Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above Summons by: (check one)
☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and petition to: _____ (name) _____ (title).
☐ other: _____

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____          _____
                                  Date                          Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $____10.00____ | |
| Mileage | $_____ (_____ miles @ $._____ per mile) | |
| Total | $_____ | |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

SJRC (07-21) SM30 (SMCC) *For Court Use Only:* Document ID # 23-SMCC-4888  1 of 1 (2322-CC01286)      Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| Judge or Division:<br>ELIZABETH BYRNE HOGAN | Case Number: 2322-CC01286 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>TAMARA HAWKINS<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>TAMARA HAWKINS<br>2322 MENARD ST<br>SAINT LOUIS, MO 63104-4219 | Special Process Server 2<br>RECEIVED<br>Special Process Server 3 |
| Defendant/Respondent:<br>CHAMBERLAIN UNIVERSITY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | AUG 10 2023<br>COLE COUNTY<br>SHERIFF'S OFFICE |
| Nature of Suit:<br>CC Breach of Contract | | |

## ALIAS Summons in Civil Case

**The State of Missouri to:  CHAMBERLAIN UNIVERSITY**
**Alias:  COLLEGE OF NURSING AND HEALTH SCIENCES INC**
**DBA CHAMBERLAIN UNIVERSITY**

CSC -LAWYERS INCORPORATING SERVICE
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

_COURT SEAL OF_

_(Court Seal)_

_CITY OF ST LOUIS_

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____July 27, 2023_____          _Thomas Lloydinger_
Date                                    Circuit Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above Summons by: (check one)
☐ delivering a copy of the summons and petition to the defendant/respondent.
☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.
☒ (for service on a corporation) delivering a copy of the summons and petition to: _CSC Lawyers Inc , C.C._ (name) _Designee_ (title).
☐ other: _____

Served at _350 E. High St (Lobby)_ (address)
in _Cole_ (County/City of St. Louis), MO, on _08-11-23_ (date) at _080D_ (time).

_Sheriff John P. Wheeler_          by    _St. Aimeurhay_
Printed Name of Sheriff or Server                Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

_(Seal)_

My commission expires: _____
                              Date                         Notary Public

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $___10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.